# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., an individual;<br><br>Plaintiff,<br><br>v.<br><br>MARISCOS NEGRO DURAZO, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  20-CV-1850-DMS-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

On October 23, 2020, Plaintiff Vern Robert Theroux, Jr. and Defendant El Negro Durazo Seafood Restaurant, Inc., sued as "Mariscos Negro Durazo," filed a joint motion for extension of time for Defendant to file a responsive pleading to Plaintiff's complaint.

Upon due consideration, and good cause appearing, the Court GRANTS the joint motion.  Defendant El Negro Durazo shall file a response to Plaintiff's complaint on or before **November 23, 2020.**

/ / /

1     **IT IS SO ORDERED.**

2 Dated:  October 27, 2020

3

4                                 Hon. Dana M. Sabraw
                                  United States District Judge